**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**MICHEL B. MORENO, ET AL**                           **CIVIL ACTION NO. 12-CV-2920**

**VERSUS**                                            **JUDGE DOHERTY**

**U.S.A.**                                            **MAGISTRATE JUDGE HANNA**


**ORDER REGARDING JURISDICTION**


The record shall reflect that this court conducted a review of the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied.  The undersigned finds that the pleadings present claims arising under the Constitution, laws, or treaties of the United States, including claims against the United States, over which claims the Court shall have original jurisdiction per 28 U.S.C. §1346(a)(1).


Signed at Lafayette, Louisiana this 25th day of March, 2013.


_____
Patrick J. Hanna
United States Magistrate Judge